United States Court of Appeals
For The Eighth Circuit

_____

Nos. 97-3582/97-3907
_____

Walz Masonry, Inc.,                *
                                   *
     Appellant/Cross-Appellee,       *
                                   *      Appeal from the
National
                                   *      Labor Relations
Board
     v.                            *
                                   *
[UNPUBLISHED]
                                   *
National Labor Relations Board,    *
                                   *
     Appellee/Cross-Appellant.       *
                                   *


_____

                                        Submitted:
     April 16, 1998

 Filed:                        May 4, 1998

Before RICHARD S. ARNOLD,[1] Chief Judge, LOKEN, Circuit
Judge, and PRATT[2], District Judge.

PER CURIAM.

_____

[1] The Hon. Richard S. Arnold stepped down as Chief Judge of the United States
Court of Appeals at the close of business on April 17, 1998.  He is succeeded by the
Hon. Pasco M. Boman II.

[2] The Honorable Robert W. Pratt, United States District Judge for  the Southern
District of Iowa, sitting by designation.

Walz Masonry, Inc., (Walz) appeals the final decision of the National Labor

Relations Board (Board) finding that Walz committed unfair labor practices. The Board cross-appeals seeking an order of enforcement. After carefully reviewing the record and the briefs of the parties, we find the Board's decision is supported by substantial evidence on the record as a whole, affirm the Board's decision, and grant the Board's request for enforcement.

As we stated in *Pace Industries, Inc. v. NLRB*, 118 F3d 585, 590 (8th Cir. 1997):

> We afford "great deference to the Board's affirmation of the ALJ's findings." *Town & Country Elec. Inc. v. NLRB*, 106 F.3d 816, 819 (8th Cir. 1997). The Board's order will be enforced "if the Board has correctly applied the law and its factual findings are supported by substantial evidence on the record as a whole, even if we might have reached a different decision had the matter been before us de novo." Id. Although in the past we have applied a "shock the conscience" standard of review to an ALJ's credibility determinations, we have recently indicated a preference for considering credibility determinations "with the rest of the NLRB's factual findings under the general substantial evidence test derived from *Universal Camera Corp. v. NLRB*, 340 U.S. 474, 71 S.Ct. 456, 95 L.Ed. 456 (1951)." Id.

We conclude that the record reveals that the Board's findings and its credibility determinations are supported by substantial evidence. We therefore affirm the Board on Walz's appeal and grant the Board's request for enforcement.

See 8th Cir. R. 47B.

IT IS SO ORDERED.
A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.